The Honorable Benjamin H. Settle

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PROTECT THE PENINSULA'S FUTURE; COALITION TO PROTECT PUGET SOUND HABITAT; and BEYOND PESTICIDES,<br><br>Plaintiffs,<br><br>v.<br><br>DEB HAALAND, SECRETARY OF THE INTERIOR; UNITED STATES FISH AND WILDLIFE SERVICE; MARTHA WILLIAMS, DIRECTOR OF UNITED STATES FISH AND WILDLIFE SERVICE; HUGH MORRISON, REGIONAL DIRECTOR OF THE PACIFIC REGION; and JENNIFER BROWN-SCOTT, PROJECT LEADER, WASHINGTON MARITIME NATIONAL WILDLIFE REFUGE COMPLEX,<br><br>Defendants. | CASE NO. 3:23-cv-05737-BHS<br><br>**ORDER GRANTING MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING** |

Having considered Defendants' Unopposed Motion to Extend Time to File Responsive Pleading, and for good cause shown, it is hereby

ORDERED that the motion is GRANTED, and Defendants will file their responsive pleading by November 3, 2023.

DATED this 18th day of October, 2023.

_____
BENJAMIN H. SETTLE
UNITED STATES DISTRICT JUDGE

Presented by:  */s/ Frederick H. Turner*

FREDERICK H. TURNER
Senior Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC 20044
(202) 305-0641
frederick.turner@usdoj.gov

*Attorney for Defendants*

Order Granting Unopposed Motion to Extend
Time to File Responsive Pleading
Case No. 3:23-CV-05737-BHS

1

United States Department of Justice
P.O. Box 7611, Washington D.C. 20044
(202) 305-0641